Michael J. Perry (State Bar No. 123124)
  mjp@michaeljperrylaw.com
MICHAEL J. PERRY, ESQ.,
  A PROFESSIONAL LAW CORPORATION
4640 Admiralty Way, Suite 500
Marina del Rey, CA 90292
Telephone: (310) 496-5710
Facsimile: (310) 306-3456

Attorneys for Plaintiffs SUPERTEX, S.A. and PROINTIMO, S.A.S.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| SUPERTEX, S.A. a Columbian corporation; PROINTIMO, S.A.S. a Columbian corporation;<br><br>    Plaintiffs,<br><br>    vs.<br><br>MANHATTAN BEACHWEAR, INC., a Delaware corporation; and DOES 1 through 10, inclusive;<br><br>    Defendants. | Case No.: 8:20−cv−02035−JVS−JDE<br><br>**JUDGMENT**<br><br>Complaint Filed: 10/21/20 |

Plaintiffs SUPERTEX, S.A. and PROINTIMO, S.A.S. Motion for Order Confirming Arbitration Award ("Motion") is set for May 16, 2022.

The matter having been fully argued and considered, and proof being made to the satisfaction of the Court, and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

1.  1. The Final Arbitration Award of the ADR SERVICES Arbitration Tribunal, dated December 9, 2021, which resolved ADR Case No. 21-3158-GSR in all respects (the "Final Arbitration Award"), is confirmed in all respects; and

2. Defendant Manhattan Beachwear, Inc shall pay Plaintiff Supertex the amount of $1,190,325.09 ("Supertex Award Amount") in accordance with the terms of the Final Arbitration Award;

3. Defendant Manhattan Beachwear, Inc shall pay Plaintiff Prointimo in the amount of $1,020,721.79 ("Prointimo Award Amount"), in accordance with the terms of the Final Arbitration Award;

4. Defendant Manhattan Beachwear, Inc shall pay Plaintiff Supertex pre-judgment interest on the Supertex Award Amount, at the rate of ten percent (10%) per annum from December 9, 2021 through March 20, 2022 from the date of entry of the Final Arbitration Award to the date of entry of this Judgment pursuant to the Motion in the amount of $56,208.00;

4.  Defendant Manhattan Beachwear, Inc shall pay Plaintiff Supertex pre-judgment interest on the Prointimo Award Amount, at the rate of ten percent (10%) per annum from December 9, 2021 through March 20, 2022 from the date of entry of the Final Arbitration Award to the date of entry of this Judgment pursuant to the Motion in the amount of $44,464.00;

DATED: June 13, 2022    By: _____
United States District Court Judge

-3-
JUDGMENT